**No. 09-10381. In re Timothy Wilkins, Petitioner.**

561 U.S. 1023, 130 S. Ct. 3511, 177 L. Ed. 2d 1116, 2010 U.S. LEXIS 5297.

June 28, 2010. Petition for writ of mandamus denied.

**No. 09-10676. In re Frederick M. Torrence, Petitioner.**

561 U.S. 1023, 130 S. Ct. 3520, 177 L. Ed. 2d 1116, 2010 U.S. LEXIS 5298,

June 28, 2010. Petition for writ of mandamus denied.

**No. 09-11036. In re Olee Wonzo Robinson, Petitioner.**

561 U.S. 1024, 130 S. Ct. 3529, 177 L. Ed. 2d 1116, 2010 U.S. LEXIS 5276.

June 28, 2010. Petition for writ of mandamus denied.

**No. 09-10456. In re Rudi Rivas, Petitioner.**

561 U.S. 1024, 130 S. Ct. 3515, 177 L. Ed. 2d 1116, 2010 U.S. LEXIS 5271.

June 28, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of mandamus dismissed. See this Court's Rule 39.8.

**No. 08-6726. Tyrone Ingram, Petitioner v. Warden, River Bend Detention Center.**

561 U.S. 1039, 130 S. Ct. 3538, 177 L. Ed. 2d 1116, 2010 U.S. LEXIS 5320.

June 28, 2010. Petition for rehearing denied.

Former decision, 555 U.S. 1056, 129 S. Ct. 645, 172 L. Ed. 2d 627, 2008 U.S. LEXIS 8678.

**No. 09-825. George E. Burdick, Petitioner v. Pritchett & Birch, PLLC, et al.**

561 U.S. 1039, 130 S. Ct. 3538, 177 L. Ed. 2d 1116, 2010 U.S. LEXIS 5304.

June 28, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1006, 130 S. Ct. 1888, 176 L. Ed. 2d 364, 2010 U.S. LEXIS 2572.

**No. 09-900. Linda Anita Carty, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

561 U.S. 1039, 130 S. Ct. 3538, 177 L. Ed. 2d 1116, 2010 U.S. LEXIS 5303.

June 28, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1106, 130 S. Ct. 2402, 176 L. Ed. 2d 923, 2010 U.S. LEXIS 3735.